UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL ALLEN SMITH,

        Petitioner,

v.

MELISSA ANDREWJESKI,

        Respondent.

CASE NO. 3:23-cv-05132-TSZ-JRC

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    This is a federal habeas action filed under 28 U.S.C. § 2254. Petitioner has submitted an application seeking leave to proceed with this action *in forma pauperis*. Dkt. 1. Petitioner's application demonstrates that he is unable to afford the $5.00 filing fee. Petitioner's application to proceed *in forma pauperis* (Dkt. 1) is therefore GRANTED. The Clerk is directed to file petitioner's petition for writ of habeas corpus without the prepayment of fees.

1 | The Clerk is further directed to send a copy of this Order to petitioner.

2 | Dated this 10th day of March, 2023.

<br>

J. Richard Creatura
United States Magistrate Judge