UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL ALLEN SMITH,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>MELISSA ANDREWJESKI,<br><br>　　　　　　Respondent. | CASE NO. 3:23-cv-05132-TSZ-GJL<br><br>ORDER GRANTING EXTENSION |

　　　　This matter is before the Court on referral from the district court and on Petitioner's motion for an extension of time to file his Traverse. Dkt. 11. Respondent has not filed a response within the time permitted to do so.

　　　　Petitioner states that he has had limited ability to access his facility's law library due to his work and class schedule. Dkt. 11. Petitioner seeks a 60-day extension of the deadline to file his Traverse. The Court finds good cause exists for an extension.

　　　　It is therefore ORDERED that Petitioner's motion for an extension (Dkt. 11) is GRANTED.

/ / /

/ / /

ORDER GRANTING EXTENSION - 1

1 | Petitioner shall file his Traverse on or before July 10, 2023, and the Clerk is directed to
2 | renote the response in this matter for July 14, 2023.
3 | Dated this 11th day of May, 2023.

Grady J. Leupold
United States Magistrate Judge

ORDER GRANTING EXTENSION - 2